JS-6

John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300/Fax: (626) 440-5968
Email: jb@johnburtonlaw.com

Attorneys for Plaintiff Leeyonnie Hernandez, individually, and Donald Collins as guardian ad litem for minors PZ, KH, and AH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEYONNIE HERNANDEZ, an individual, for herself and, as guardian ad litem for minors PZ, KH, and AH,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants.<br><hr>ROBIN ZUMWALT, individually and as the personal representative of CHRISTOPHER ZUMWALT, deceased; and ANTHONY ZUMWALT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:21-cv-01791-JGB (SPx)<br>(Consolidating 5:21-cv-01795 JGB(SPx))<br><br>**ORDER CONSOLIDATING CASES** |

The Court, being advised in the premises and for good cause shown, hereby orders as follows:

- 1 -

1  *Hernandez v. County of Riverside*, C.D. Cal. Case No. 5:21-cv-01791-JGB (SPx), is
2  hereby consolidated for all purposes with *Zumwalt v. County of Riverside*. C.D. Cal. Case No.
3  5:21-cv-01795 JGB(SPx)).
4      Both cases arise from the October 22, 2020 death of Christopher Zumwalt while
5  in the custody of the Riverside County Sheriff's Department, with various claims asserted
6  by different survivors represented by separate counsel. As such the actions involve a
7  common set of facts and raise similar claims. It is in the best interests of the parties and
8  judicial economy for the cases to consolidated as one action for all purposes including all
9  future court hearings and trial.
10     C.D. Cal. Case No. 5:21-cv-01791-JGB (SPx), being the low number, shall be the
11 lead case and all future pleadings should contain the case number of the lead case
12 followed by Case No. 5:21-cv-01795 JGB(SPx), the case number of the consolidated
13 case.
14 Dated: February 3, 2022

_____
United States District Judge